# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 31, 2025

## NO.  03-24-00375-CV

**Cherry Bomb Tattoo Supply, LLC; and Alisha Sanford, Appellants**

**v.**

**Teen Bean Ventures, LLC d/b/a Antone's Ink & Tattoo Supply; and Christine De Costa, Appellees**

**APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES TRIANA, THEOFANIS AND CRUMP
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on June 3, 2024.  Having reviewed the record, the Court holds that Cherry Bomb Tattoo Supply, LLC, and Alisha Sanford have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution.  Because appellants are indigent and unable to pay costs, no adjudication of costs is made.